Case 4:18-cv-00966   Document 66   Filed on 06/25/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICKY DOCKERY, *et al*, § § Plaintiffs, § VS. § TEXAS DEPARTMENT OF CRIMINAL JUSTICE, § § § § Defendant. § | CIVIL ACTION NO. 4:18-CV-966 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 60) signed by Magistrate Judge Christina Bryan on May 18, 2020 regarding **Instrument 45**. Defendants timely filed objections.[1] The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

---

[1] In footnote 4 of the objection (Dkt. 61 at 5), Defendant points out that the M&R cites to Plaintiff's Affidavit (50-34) despite having previously stated that the Affidavit was not necessary to the Court's ruling. The citation in the M&R to which Defendant refers appears at Dkt. 60 p. 9. The citation should have been to the source material, the complaint filed by Mr. Mullins (Dkt. 50-38), not to the Affidavit that is Dkt. 50-34, and was simply a typographical error.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 25th day of June, 2020, at Houston, Texas.

*[signature]*

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE